# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Erica Berrios
                    Plaintiff,

v.                                                    Case No.: 1:20–cv–07072
                                                      Honorable Harry D. Leinenweber

Kos Services, LLC
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 3, 2021:

      MINUTE entry before the Honorable Harry D. Leinenweber: Telephonic status hearing held. Plaintiff Berrios failed to appear via telephone or with new counsel present via telephone as ordered, this case is hereby dismissed for want of prosecution. Civil case terminated. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.